| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
914 EQUITIES LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
56-2544228

**4. Debtor's address**

**Principal place of business**

c/o Paul T. Vink, Esq.  
200 Mamaroneck Avenue  
Suite 500  
White Plains, NY 10601  
Number, Street, City, State & ZIP Code

Westchester  
County

**Mailing address, if different from principal place of business**

_____  
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____  
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 1

Debtor  **914 EQUITIES LLC**  Case number (*if known*) _____
  Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

Debtor  **914 EQUITIES LLC**                                                    Case number (*if known*)
        Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **914 EQUITIES LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May  3, 2018**
MM / DD / YYYY

**X /s/ Darren Foster**
Signature of authorized representative of debtor

**Darren Foster**
Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X /s/ Robert L. Rattet**
Signature of attorney for debtor

Date  **May  3, 2018**
MM / DD / YYYY

**Robert L. Rattet 1674118**
Printed name

**Rattet PLLC**
Firm name

**202 Mamaroneck Avenue
Suite 300
White Plains, NY 10601**
Number, Street, City, State & ZIP Code

Contact phone                     Email address

**1674118**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **914 EQUITIES LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Berkshire Bank Cardmember Services P.O. 108 Saint Louis, MO 63166 | | | | | | $6,070.69 |
| High Tech Plumbing Route 7A Manchester, VT | | | | | | $5,765.00 |
| Manchester Maintenance 52 Ways Ln Manchester, VT 05254 | | | | | | $5,100.00 |
| Marion and Arthur Abramowitz 89 Eagle Shore Road Moultonboro, NH | | | | | | $27,000.00 |
| Mountain Plumbing and Heating Manchester Center, VT 05255 | | | | | | $4,721.00 |
| Santander Bank 251 Park Avenue South New York, NY 10003 | | | | | | $14,538.00 |
| Santander Bank 251 Park Avenue South New York, NY 10003 | | | | | | $7,500.00 |
| Sprint P.O. Box 4191 Carol Stream, IL 60197 | | | | | | $1,500.00 |

Debtor **914 EQUITIES LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Town of Manchester 6039 Main Street Manchester Center, VT 05255** | | | | $846.36 | $0.00 | $846.36 |
| **Town of Manchester 6039 Main Street Manchester Center, VT 05255** | | | | $17,653.00 | $0.00 | $17,653.00 |
| **Vermont Foam Insulation Main Street Manchester Center, VT 05255** | | | | | | $14,500.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 914 EQUITIES LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1  Berkshire Bank**
Creditor's Name

P.O. Box 1308
Pittsfield, MA 01202
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**0001**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                                  **$1,309,935.00**      **$2,700,000.00**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.2  Town of Manchester**
Creditor's Name

6039 Main Street
Manchester Center, VT 05255
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien                                  **$17,653.00**      **$0.00**

Describe the lien
**Taxes**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **914 EQUITIES LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** | **Town of Manchester** | Describe debtor's property that is subject to a lien | **$846.36** | **$0.00**
Creditor's Name

**6039 Main Street**
**Manchester Center, VT**
**05255**
Creditor's mailing address

**Describe the lien**
**Water and Sewer**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  **$1,328,434.36**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **914 EQUITIES LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Special Procedures**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>**NYC Corporation Counsel**<br>**100 Church Street, Room 5-240**<br>**Attn: Tax & Bkcy Lit. Div.**<br>**New York, NY 10007**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |

Debtor **914 EQUITIES LLC**     Case number (if known)
     Name

| 2.3 | Priority creditor's name and mailing address<br>**NYS Dept. of Tax & Finance**<br>**Bankruptcy Special Procedures**<br>**P.O. Box 5300**<br>**Albany, NY 12205-0300**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00    $0.00 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Berkshire Bank**<br>**Cardmember Services**<br>**P.O. 108**<br>**Saint Louis, MO 63166**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **3271** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$6,070.69** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**High Tech Plumbing**<br>**Route 7A**<br>**Manchester, VT**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$5,765.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Manchester Maintenance**<br>**52 Ways Ln**<br>**Manchester, VT 05254**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$5,100.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Marion and Arthur Abramowitz**<br>**89 Eagle Shore Road**<br>**Moultonboro, NH**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$27,000.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Mountain Plumbing and Heating**<br><br>**Manchester Center, VT 05255**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$4,721.00** |

Debtor   **914 EQUITIES LLC**                                            Case number (if known)
         Name

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Santander Bank**<br>**251 Park Avenue South**<br>**New York, NY 10003** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,538.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **9538** | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Santander Bank**<br>**251 Park Avenue South**<br>**New York, NY 10003** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Sprint**<br>**P.O. Box 4191**<br>**Carol Stream, IL 60197** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Vermont Foam Insulation**<br>**Main Street**<br>**Manchester Center, VT 05255** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 86,694.69 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 86,694.69 |

# United States Bankruptcy Court
### Southern District of New York

In re **914 EQUITIES LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Darren Foster**<br>**c/o Paul T. Vink, Esq.**<br>**200 Mamaroneck Avenue, Ste 500**<br>**White Plains, NY 10601** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 3, 2018**    Signature **/s/ Darren Foster**
**Darren Foster**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: **914 EQUITIES LLC**, Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 3, 2018**

**/s/ Darren Foster**
**Darren Foster**/**Managing Member**
Signer/Title

```
BERKSHIRE BANK
P.O. BOX 1308
PITTSFIELD, MA 01202


BERKSHIRE BANK
CARDMEMBER SERVICES
P.O. 108
SAINT LOUIS, MO 63166


HIGH TECH PLUMBING
ROUTE 7A
MANCHESTER, VT


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES
P.O. BOX 21126
PHILADELPHIA, PA 19114


MANCHESTER MAINTENANCE
52 WAYS LN
MANCHESTER, VT 05254


MARION AND ARTHUR ABRAMOWITZ
89 EAGLE SHORE ROAD
MOULTONBORO, NH


MOUNTAIN PLUMBING AND HEATING
MANCHESTER CENTER, VT 05255



NYC CORPORATION COUNSEL
100 CHURCH STREET, ROOM 5-240
ATTN:  TAX & BKCY LIT. DIV.
NEW YORK, NY 10007


NYS DEPT. OF TAX & FINANCE
BANKRUPTCY SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300


OFFICE OF THE U.S. TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10004
```

```
SANTANDER BANK
251 PARK AVENUE SOUTH
NEW YORK, NY 10003


SPRINT
P.O. BOX 4191
CAROL STREAM, IL 60197


TOWN OF MANCHESTER
6039 MAIN STREET
MANCHESTER CENTER, VT 05255


VERMONT FOAM INSULATION
MAIN STREET
MANCHESTER CENTER, VT 05255
```

# United States Bankruptcy Court
## Southern District of New York

In re: **914 EQUITIES LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **914 EQUITIES LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 3, 2018**
Date

**/s/ Robert L. Rattet**
**Robert L. Rattet 1674118**
Signature of Attorney or Litigant
Counsel for **914 EQUITIES LLC**
**Rattet PLLC**
**202 Mamaroneck Avenue**
**Suite 300**
**White Plains, NY 10601**